UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS MARTINEZ, on behalf of himself and all others similarly situated,<br>　　　　　Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC; and JOHN DOES 1-25,<br><br>　　　　　Defendant. | Case No.: 23-cv-22367 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Jefferson Capital Systems, LLC ("Defendant"), by its attorneys, hereby removes this action from the Superior Court of New Jersey, Law Division, Passaic County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

1.　Plaintiff Luis Martinez originally commenced this action by filing a Summons and Complaint against Defendant in the Superior Court of New Jersey, Law Division, Passaic County, where it is presently captioned as *Luis Martinez v. Jefferson Capital Systems, LLC,* Case No. PAS-L-002224-23. No further proceedings before the state court have occurred.

2.　In the Complaint, plaintiff alleges a statutory cause of action against Defendant. A true and correct copy of the State Court Complaint is attached hereto as Ex. "A."

1

3.     Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C § 1692, *et seq*. Plaintiff has also alleged a state law cause of action.

4.     Defendant received Plaintiff's Complaint on or about October 18, 2023.

5.     This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States. This Court has supplemental jurisdiction over plaintiff's joined state law claim, pursuant to 28 U.S.C. § 1441(c).

6.     This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Complaint.  See 28 U.S.C. § 1446.

7.     Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Law Division, Passaic County.  *See* Ex. "B."

8.     Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant, Jefferson Capital Systems, LLC, gives notice that this action is removed from the Superior Court of New Jersey, Law Division, Passaic County, to the United States District Court for the District of New Jersey.

Dated: November 15, 2023              Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions, Israel & Shartle, LLC
3 Cross Creek Drive
Flemington, New Jersey 08822-4938

        Telephone: (908) 237-1660
        Facsimile: (877) 334-0661
        E-Mail: aeasley@sessions.legal
        *Attorney for Defendant,*
        Jefferson Capital Systems, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, a copy of the foregoing **Notice of Removal to the United States District Court for the District of New Jersey** was served electronically via CM/ECF and by placing a copy of the same via U.S. Mail upon all parties of record.

Joseph K. Jones, Esq.
Jones, Wolf & Kapasi, LLC
375 Passaic Avenue, Suite 100
Fairfield, NJ 07004
Attorneys for Plaintiff

        By: /s/ Aaron R. Easley
        Aaron R. Easley, Esq.
        *Attorney for Defendant,*
        Jefferson Capital Systems, LLC